

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTOPHER D. DELUCA**
*Senior Counsel*
phone: (212) 356-3535
fax: (212) 356-3509
email: cdeLuca@law.nyc.gov

August 19, 2019

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Donald Williams v. City of New York, et al.</u>, 18-cv-06740 (ENV) (JO)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the Office of the Corporation Counsel and the attorney assigned to the defense of the above referenced matter. In that capacity, I write jointly with plaintiff's counsel, John C. Iwuh, to inform the Court that the above-referenced action has settled and as such we request that all upcoming deadlines and conferences in this matter be adjourned *sine die*. The Stipulation of Settlement and Order of Dismissal will be submitted to the Court as soon as it is executed with the settlement paperwork.

      The parties thank the Court for its attention to this matter.

Respectfully submitted,

_____/s/_____
Christopher D. DeLuca
Senior Counsel
Special Federal Litigation Division

_____/s/_____
John C. Iwuh, Esq.