UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

DONALD WILLIAMS,

                                                    Plaintiff,

-against-

THE CITY OF NEW YORK,
P.O. RAFAEL JIMENEZ, SHIELD #1640
P.O. OMAYEMI GATLING, SHIELD #9165
P.O. BRIANNA MAZIMANN, SHIELD #5096
P.O. REYMUNDO NAVEDO, SHIELD #31738
P.O. MATTHEW PAGANO, SHIELD #17526
P.O. FRANCISCO PENNISI, SHIELD #14488
P.O. TOMASZ ROGINSKI, SHIELD #3512
SERGEANT CARL SCOGMANILLO, SHIELD #4519,

                                                    Defendants.
------------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18-CV-06740 (ENV) (JO)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
August 21, 2019

O'KEKE & ASSOCIATES, PC
*Attorneys for Plaintiff*
801 Franklin Avenue, Suite 1
Brooklyn, New York 11238

By: _____
John C. Iwuh
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York, Jimenez, Gatling, Mazimann, Navedo, Pagano, Pennisi, Roginski, and Scogmanillo*
100 Church Street
New York, New York 10007

By: _____
Christopher D. DeLuca
*Senior Counsel*

SO ORDERED:

_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019

2